THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JUAN E. JAMES, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:15-cv-266 (CAR) (CHW) |
| v. | : | |
| | : | |
| CEDRIC TAYLOR, | : | |
| | : | |
| Defendant. | : | |

ORDER ON RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Report and Recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted. Plaintiff has not filed an objection to the Recommendation, and the time for doing so has expired.  This Court agrees with the findings and conclusions of the Report and Recommendation, and thus, it [Doc. 23] is **ADOPTED AND MADE THE ORDER OF THE COURT**.  Because Plaintiff fails to state a claim against Defendant Taylor, his Complaint is hereby **DISMISSED**.

**SO ORDERED**, this 27th day of April, 2016.

                                                S/ C. Ashley Royal
                                                C. ASHLEY ROYAL
                                                UNITED STATES DISTRICT JUDGE

SSH